# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELLA MURILLO, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ULTA BEAUTY DISTRIBUTION LLC, a Delaware Limited Liability Company doing business in California; ULTA, INC, a Delaware Corporation doing business in California; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:25-CV-00622-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING FOURTH STIPULATION TO FURTHER EXTEND DEFENDANTS ULTA BEAUTY DISTRIBUTION LLC'S AND ULTA INC.'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

# ORDER

Having reviewed and considered the Fourth Stipulation to Further Extend Defendants Ulta Beauty Distribution LLC's and Ulta Inc.'s Time to Respond to First Amended Complaint (the "Stipulation"), and good cause appearing for the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows, using the same defined terms as defined and used in the Stipulation:

1. Defendants' time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiff's FAC shall be and hereby is extended by 21 days, to and including August 12, 2025, with no further extensions of time to be granted absent a demonstrated showing of good cause; and

2. By entering into the Stipulation, the Parties do not waive and expressly reserve all rights, claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's FAC and/or the claims asserted therein, and as to any arbitration and jurisdictional issues.

IT IS SO ORDERED.

Dated: **July 18, 2025**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE